# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2844

_____

Larry D. Pint,                          *

                                     *

           Appellant,               *

                                       *    Appeal from the United States

        v.                        *    District Court for the Northern

                                       *    District of Iowa

Solvay America, Inc., and         *

Solvay Animal Health, Inc.,       *       [UNPUBLISHED]

                                       *

          Appellee.               *

_____

Submitted: April 22, 1999
Filed:  May 28, 1999

_____

Before BEAM, HANSEN, Circuit Judges, and MOODY, District Judge.[1]

_____

PER CURIAM.

Larry Pint appeals the District Court's grant of a motion to dismiss and a grant of a motion for summary judgment in favor of Solvay America, Inc., and Solvay Animal Health, Inc., on Pint's claims brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.,  the Iowa Civil Rights Act,  Iowa Code § 216.1 et seq.,  and Iowa state law.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, sitting by designation.

The District Court correctly analyzed the applicable legal principles as they applied to the facts of this case.[2] Accordingly, the judgment is affirmed pursuant to Eighth Circuit Rule 47B.

AFFIRMED.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Michael J. Melloy, United States Distrtict Judge for the Northern District of Iowa and The Honorable John A. Jarvey, United States Magistrate Judge for the Northern Distrtict of Iowa, to whom the motion for summary judgment was submitted by consent of the parties under 28 U.S.C. § 636(c).